PREMIER KNITTING Co., INC., Respondent, *v.* GEORGE RAPTIS YARNS, INC., Appellant.

Argued November 21, 1955; decided January 12, 1956.

*Saul I. Radin* for appellant.
*Harold Korzenik* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.